IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

FILED
U.S. BANKRUPTCY COURT
2010 APR 15 PM 3:37
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-43072 |
| | ) | |
| THOMAS M. COLCLOUGH | ) | |
| | ) | JUDGE KAY WOODS |
| | ) | |
| Debtor(s) | ) | DIVIDENDS LESS THAN $5.00 |
| | ) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, U.S. Bankruptcy Court, in the amount of $8.28.

The dividend relates to the following claimants:

    American Express Bank FSB
    c/o Beckett and Lee LLP
    POB 3001
    Malvern, PA 19355-0701

                                              $1.82

    Chase Bank USA, N.A.
    PO Box 15145
    Wilmington, DE 19850-5145

                                              $3.36

    Speedway SuperAmerica LLC
    PO Box 1590
    Springfield, OH 45501        $3.10

**TOTAL:**                                    **$8.28**

2. My Trustee's check for $8.28 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

DATE: April 12, 2010                          /s/ Michael D. Buzulencia
                                              MICHAEL D. BUZULENCIA
                                              Chapter 7 Trustee
                                              150 E. Market St.
                                              Suite 300
                                              Warren, OH 44481
                                              (330) 392-8551
                                              Fax no. : (330) 392-7030
                                              buzulenciatrustee@mahoningvalleylaw.com
                                              OHIO BAR REG. NO. 0015291

## CERTIFICATE OF SERVICE

The U.S. Bankruptcy Court served the foregoing Transmittal of Unclaimed funds to the following parties:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

                                              /s/ Michael D. Buzulencia
                                              MICHAEL D. BUZULENCIA
                                              CHAPTER 7 TRUSTEE